IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENT MALONE-BEY**                                                           **PLAINTIFF**

v.                                              CIVIL ACTION NO.: 3:25-cv-380-KHJ-MTP

**LAUDERDALE COUNTY SCHOOL BOARD,** *et al.*                    **DEFENDANTS**

**ORDER**

THIS MATTER is before the Court on the Motion to Disqualify Butler Snow LLP from Representing Individual Capacity Defendants [14] filed by *pro se* Plaintiff Kent Malone-Bey. In this matter, Butler Snow, LLP, represents Defendants Lauderdale County School Board, Dr. John-Mark Cain, Joshua Herrington, and Chad D. West. *See* Answer [8]. Plaintiff now moves to disqualify Butler Snow from representing Defendants Herrington and West in their individual capacities under Mississippi Rule of Professional Conduct 1.7. Both Herrington and West are employed by the Lauderdale County School District.[1] *See* Complaint [1] at 3; Answer [8] at 4.

Pursuant to this Court's Local Rules, "[a]t the time the motion is served … counsel for movant must file a memorandum brief in support of the motion." L.U. Civ. R. 7(b)(4). "Failure to timely submit the required motion documents may result in the denial of the motion." *Id*.

Here, Plaintiff failed to file a memorandum brief in support of his Motion [14]. This failure is sufficient reason to deny the Motion [14]. And even though Plaintiff is proceeding *pro se*, he is still required to comply with the Local Rules of this Court. *Davis v. Hinds Cnty.*, 2017 WL 2269010, at *1 (S.D. Miss. May 23, 2017) ("Pro se litigants must adhere to the Local Rules of Court."); *see also Jamison v. Harbor Freight Tools, Inc*., 2024 WL 3572928 (N.D. Miss. July

---

[1] Herrington is the "Principal of Northeast Lauderdale High School" and West is "a teacher employed by the school district[.]" [1] at 3.

1

29, 2024).  Because Plaintiff failed to adhere to the Local Rules, the Motion [14] will be denied without prejudice.

    IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Disqualify Butler Snow LLP from Representing Individual Capacity Defendants [14] is DENIED without prejudice.

    SO ORDERED, this the 23rd day of June, 2025.

s/Michael T. Parker  
United States Magistrate Judge
