IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

DEC 23 2025

BY ARTHUR JOHNSTON
         DEPUTY

| | |
|---|---|
| KENT MALONE-BEY,<br><br>　　　　Plaintiff(s),<br>v.<br><br>LAUDERDALE COUNTY SCHOOL BOARD, DR. JOHN-MARK CAIN, in his official capacity as Superintendent, JOSHUA HERRINGTON, in his individual capacity,<br>CHAD D. WEST, in his individual capacity,<br>ANTONIO NAYLOR, in his individual capacity,<br><br>　　　　Respondent(s). | Civil Action No. 3:25-cv-00380-KHJ-MTP |

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE OR INQUIRY
REGARDING PENDING DISPOSITIVE MOTIONS**

**COMES NOW** Plaintiff, Kent Malone-Bey, proceeding pro se, and files this Motion for Status Conference or Status Inquiry pursuant to Rule 16(a) of the Federal Rules of Civil Procedure and the Uniform Local Civil Rules of the United States District Courts for the Northern and Southern Districts of Mississippi, and respectfully states:

### I. BACKGROUND

1. This action was filed on May 27, 2025, under 42 U.S.C. § 1983, arising from the termination of Plaintiff's employment with Lauderdale County School Board.

1

2. On August 25, 2025, Defendants filed a Motion for Judgment on the Pleadings [Dkt. 26] and a Motion to Stay Proceedings [Dkt. 28]. The Court granted the stay by Order dated September 2, 2025 [Dkt. 32].

3. Plaintiff filed a Motion for Leave to File Sur-Reply [Dkt. 34] on September 5, 2025, to which Defendants responded on September 12, 2025 [Dkt. 35].

4. As of the date of this motion, December 17, 2025, no further orders or scheduling actions have been entered. Plaintiff respectfully seeks clarification of the current procedural posture of the case.

## II. LEGAL AUTHORITY

### A. Federal Rules of Civil Procedure

Under Fed. R. Civ. P. 16(a), the Court may, in its discretion, direct the parties to appear for a pretrial or status conference for purposes of:

(1) expediting disposition of the action; (2) establishing early and continuing control so that the case will not be protracted; (3) discouraging wasteful pretrial activities; (4) improving the quality of trial through more thorough preparation; or (5) facilitating settlement.[1]

The rule expressly empowers courts to convene such conferences to ensure effective judicial case management, particularly when motions have been under advisement for an extended time.

### B. Local Rules of the Southern District of Mississippi

Uniform Local Civil Rule 7(b)(3)(C) provides that motions may be submitted and decided without oral hearing unless the Court otherwise orders, while Rule 1(a)(3) and 16.1 emphasize expeditious resolution consistent with Fed. R. Civ. P. 1.[2]

Local Rule 16(b) further supports judicial scheduling and management through case management orders that ensure continuous oversight until final disposition.

## C. Fifth Circuit Authority

District courts possess broad discretion over docket control and scheduling to ensure the "just, speedy, and inexpensive determination of every action." In re United States, 866 F.2d 122, 125 (5th Cir. 1989). The Fifth Circuit recognizes motions for status or expedited consideration as appropriate procedural mechanisms when substantial judicial delay may prejudice case progress. See McKnight v. Blanchard, 667 F.2d 477, 479 (5th Cir. 1982) (court has inherent authority to control its docket and compel expeditious resolution). Courts also acknowledge that parties may respectfully request rulings or scheduling clarification without infringing judicial discretion. In re American Fidelity Assurance Co., 21 F.3d 110, 113 (5th Cir. 1994).

## III. REQUEST FOR RELIEF

Pursuant to the above authorities, Plaintiff respectfully requests that the Court:

1. Schedule a Status Conference pursuant to Fed. R. Civ. P. 16(a) to address the current status of the pending Motion for Judgment on the Pleadings [Dkt. 26] and Motion for Leave to File Sur-Reply [Dkt. 34]; or alternatively,

2. Issue a Status Order advising the parties of the expected timeline for resolution or further scheduling of this action.

This motion is made in good faith and not for the purpose of delay.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully prays that the Court grant this Motion for Status Conference or, in the alternative, issue an Order clarifying the present status of the matter and any pending motions.

Respectfully submitted,

_/s/ Kent Malone-Bey_
Kent Malone-Bey, Pro Se Plaintiff
1530 Marion Russell Rd
Meridian, MS 39301
Tel: (601) 938-7213
Email: kmomoney53@gmail.com

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via in person and/or U.S.A. Postal Service certified mail to the following Barry Thaggard, LLP, Butler Snow, LLP, Lauderdale County School Board Dr. John-Mark Cain; Joshua Herrington; Chad D. West; Antonio Naylor

Respectfully submitted,

_____
Kent Malone-Bey
1530 Marion Russell RD
Meridian, Mississippi 39301
(601) 938-7213
kmomoney53@gmail.com
Pro Se Plaintiff

CC

William R. Allen (MSB #100541)
Kevin J. White (MSB #101619)
Butler Snow, LLP
1020 Highland Colony Parkway, STE 1400
Ridgeland, MS 39157
Tel. 601-948-5711
Fax 601-985-4500
Email: will.allen@butlersnow.com
Email: kevin.j.white@butlersnow.com

Lee Thaggard (MSB #9442)
Barry Thaggard, LLP
P.O. Box 2009
Meridian, MS 39302-2009
Office: (601) 693-2393
Facsimile: (601) 482-7855
thaggard@btmlegal.com